UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROSAS VICTOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>　　　　Defendant. | Case No. CV 10-7674 PJW<br><br>J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the action is remanded to the Agency for further proceedings.

DATED: October 11, 2011

　　　　　　　　　　　　　　　　　_/s/ Patrick J. Walsh_
　　　　　　　　　　　　　　　　　PATRICK J. WALSH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-CLOSED\Closed-Soc Sec\VICTOR, M 7674\Judgment.wpd