1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Miguel Rosas Victor

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MIGUEL ROSAS VICTOR,            ) Case No.: CV 10-7674 VAP (PJW)
                                    )
12        Plaintiff,                ) {PROPOSED} ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                          ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,              ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,) U.S.C. § 1920
15                                  )
         Defendant                  )
16  _____)

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $3,550.00 as

21  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22  DATE:   12/02/2012

23                              _____
                                THE HONORABLE PATRICK J. WALSH
24                              UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3   　　　/s/ Denise Bourgeois Haley
　　_____
4   Denise Bourgeois Haley
　　Attorney for plaintiff Miguel Rosas Victor

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26